**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

LAKSHAY NONE,

Petitioner,

v. No. 2:26-cv-02221-MLG-KRS

Warden, Torrance County Detention Center;
Mary De Anda-Ybarra, Acting Field Office
Director, El Paso Field Office, U.S.
Immigration & Customs Enforcement;
David J. Venturella, Acting Director, U.S.
Immigration and Customs Enforcement;
Markwayne Mullin, in his official capacity
as Secretary of the Department of Homeland
Security; Todd Blanche, in his official capacity
as Attorney General of the United States;
Department of Homeland Security (DHS); and
Executive Office for Immigration Review (EOIR),

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER**

This matter is before the Court on Petitioner Lakshay None's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"), Doc. 1. Having considered the Petition, and having held a hearing on September 30, 2026, and being otherwise fully informed, the Court finds that it is well taken and should be granted. For the reasons stated on the record during the September 30, 2026, hearing, and incorporating the holdings and reasoning provided in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026), and *Diallo v. Orozco*, No. 2:26-CV-00066-MLG-JHR, 2026 WL 608746 (D.N.M. Mar. 4, 2026), the Court grants the Petition.

None must be released within forty-eight hours of the entry of this Order. None shall be released with all of his property, including identification documentation, that was in his possession when he was detained by Respondents, along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA